UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **GENARO GOMEZ**

Case No.: **17-29074**
Chapter: **7**
Judge: **Rosemary Gamberde**[lla]

## NOTICE OF PROPOSED ABANDONMENT

**John W. Sywilok**, **Chapter 7 Trustee** in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 50 Walnut Street, Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable **Rosemary Gambardella** on **April 30, 2019** at **10:00** a.m. at the United States Bankruptcy Court, Courtroom no. **E**. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Debtor's interest in 19 Garden Street, Ridgefield Park, New Jersey 07660
Market Value is $314,000.00

Liens on property: Subject to Mortgage held by AmeriHome Mortgage on which there is due approximately $273,000.00 and costs of sale$

Amount of equity claimed as exempt: $23,000.00

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Chapter 7 Trustee    /s/John W. Sywilok
Address: 51 Main Street, Hackensack, NJ 07601
Telephone No.: (201) 487-9390

*rev.8/1/15*

```
                                United States Bankruptcy Court
                                      District of New Jersey

In re:                                                                    Case No. 19-13263-RG
Genaro Gomez                                                              Chapter 7
        Debtor                       CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                 Page 1 of 2           Date Rcvd: Mar 18, 2019
                               Form ID: pdf905             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db             +Genaro Gomez,   19 Garden Street,   Ridgefield Park, NJ 07660-1916
518033152     #+AMERIHOME MORTGAGE,    ATTN: BANKRUPTCY,   21215 BURBANK BLVD, 4TH FLOOR,
                 WOODLAND HILLS, CA 91367-7091
518033154      +BANK OF AMERICA,    4909 SAVARESE CIRCLE,   FL1-908-01-50,    TAMPA, FL 33634-2413
518033153     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: BANK OF AMERICA,    ATTN: BANKRUPTCY,    PO BOX 982238,
                 EL PASO, TX 79998)
518033156      +CHASE CARD SERVICES,    ATTN: BANKRUPTCY,   PO BOX 15298,    WILMINGTON, DE 19850-5298
518033157      +CHILDRENS PLACE/CBNA,    PO BOX 6497,   SIOUX FALLS, SD 57117-6497
518033158      +CHRYSLER FINANCIAL/TD AUTO,    ATTN: BANKRUPTCY,   PO BOX 9223,
                 FARMINGTON HILLS, MI 48333-9223
518033161      +CITI/SEARS,   CITIBANK/CENTRALIZED BANKRUPTCY,    PO BOX 790034,    ST LOUIS, MO 63179-0034
518033162      +CITIBANK/BEST BUY,    ATTN: BANKRUPTCY,   PO BOX 790441,    ST. LOUIS, MO 63179-0441
518033163      +CITIBANK/THE HOME DEPOT,    ATTN: RECOVERY/CENTRALIZED BANKRUPTCY,    PO BOX 790034,
                 ST LOUIS, MO 63179-0034
518033166      +COMENITYCAPITAL/C21,    ATTN: BANKRUPTCY DEPT,   PO BOX 182125,    COLUMBUS, OH 43218-2125
518033159      +Cigna,   ATTN: Complex Claim Unit,   7555 Goodwin Road,    Chattanooga, TN 37421-3183
518033160      +Cigna,   222 W. Las Colinas Blvd,   Suite 500,   Irving, TX 75039-5664
518033167      +Crown Asset Mangment,    ATTN: Stephen Einstein & Associates P.C.,    39 Broadway Suite 1250,
                 New York, NY 10006-3089
518033168     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: DELL FINANCIAL SERVICES LLC,    ATTN: PRESIDENT/CEO,    PO BOX 81577,
                 AUSTIN, TX 78708)
518033170      +Holy Name Medical Center,    ATTN: Transcontinental Credit & Collecti,    PO Box 5055,
                 White Plains, NY 10602-5055
518033171      +JN PORTFOLIO DEBT EQUITIES, LLC,    ATTN: BANKRUPTCY,   5757 PHANTOM DR. STE 225,
                 HAZELWOOD, MO 63042-2429
518033172      +Metropolitan Surgery Center,    ATTN: MNET Financial Inc.,    95 Argonaut,   Ste 200,
                 Aliso Viejo, CA 92656-4147
518033173      +Mullooly, Jeffrey, Rooney & Flynn, LLP,    6851 Jericho Turnpike, Suite 220,
                 Syosset, NY 11791-4449
518033175      +New Jersey Urology,LLC,    PO Box 95000,   Philadelphia, PA 19195-0001
518033179      +VISA DEPT STORE NATIONAL BANK/MACY'S,    ATTN: BANKRUPTCY,    PO BOX 8053,   MASON, OH 45040-8053
518033181      +WELLS FARGO/PREFERRED,    ATTN: BANKRUPTCY,   PO BOX 6429,   GREENVILLE, SC 29606-6429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2019 01:20:54      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2019 01:20:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 01:30:04
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 01:29:44
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,   Norfolk, VA 23541-1021
518033151       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 19 2019 01:21:05      AMERICAN HONDA FINANCE,
                 ATTN: BANKRUPTCY,   PO BOX 168088,   IRVING, TX 75016
518033164      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 19 2019 01:20:29      COMENITY BANK/EXPRESS,
                 ATTN: BANKRUPTCY,   PO BOX 182125,   COLUMBUS, OH 43218-2125
518033165      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 19 2019 01:20:29
                 COMENITY BANK/VICTORIA SECRET,    ATTN: BANKRUPTCY,   PO BOX 182125,   COLUMBUS, OH 43218-2125
518033169      +E-mail/Text: mrdiscen@discover.com Mar 19 2019 01:19:47      DISCOVER FINANCIAL,   PO BOX 3025,
                 NEW ALBANY, OH 43054-3025
518033177      +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 01:30:20      SYNCHRONY BANK,
                 ATTN: BANKRUPTCY,   PO BOX 965060,   ORLANDO, FL 32896-5060
518033176      +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 01:30:06      SYNCHRONY BANK,
                 ATTN: BANKRUPTCY DEPT,   PO BOX 965060,   ORLANDO, FL 32896-5060
518033178      +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 01:30:52      SYNCHRONY BANK/OLD NAVY,
                 ATTN: BANKRUPTCY DEPT,   PO BOX 965060,   ORLANDO, FL 32896-5060
518033558      +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 01:30:03      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518033155*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: BANK OF AMERICA,    ATTN: BANKRUPTCY,    PO BOX 982238,
                 EL PASO, TX 79998)
518033174*     +Mullooly, Jeffrey, Rooney & Flynn, LLP,    6851 Jericho Turnpike, Suite 220,
                 Syosset, NY 11791-4449
518033180*     +VISA DEPT STORE NATIONAL BANK/MACY'S,    ATTN: BANKRUPTCY,    PO BOX 8053,   MASON, OH 45040-8053
                                                                                          TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 18, 2019
                              Form ID: pdf905          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2019 at the address(es) listed below:
              John  Sywilok    sywilokattorney@sywilok.com,  nj26@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor   AmeriHome Mortgage Company, LLC
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor   TD Auto Finance LLC rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Russell L. Low   on behalf of Debtor Genaro  Gomez rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5