**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Genaro Gomez | Social Security number or ITIN  xxx–xx–2040 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–13263–RG | |

# Order of Discharge                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Genaro Gomez

5/17/19                                     **By the court:** Rosemary Gambardella
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                     **Order of Discharge**                     page 2

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                 Case No. 19-13263-RG
Genaro Gomez                                                           Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: May 17, 2019
                               Form ID: 318                 Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
db             +Genaro Gomez,    19 Garden Street,    Ridgefield Park, NJ 07660-1916
518033152     #+AMERIHOME MORTGAGE,    ATTN: BANKRUPTCY,    21215 BURBANK BLVD, 4TH FLOOR,
                WOODLAND HILLS, CA 91367-7091
518033154      +BANK OF AMERICA,   4909 SAVARESE CIRCLE,    FL1-908-01-50,    TAMPA, FL 33634-2413
518033161      +CITI/SEARS,   CITIBANK/CENTRALIZED BANKRUPTCY,    PO BOX 790034,    ST LOUIS, MO 63179-0034
518033162      +CITIBANK/BEST BUY,    ATTN: BANKRUPTCY,    PO BOX 790441,    ST. LOUIS, MO 63179-0441
518033163      +CITIBANK/THE HOME DEPOT,    ATTN: RECOVERY/CENTRALIZED BANKRUPTCY,     PO BOX 790034,
                ST LOUIS, MO 63179-0034
518033166      +COMENITYCAPITAL/C21,    ATTN: BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518033159      +Cigna,   ATTN: Complex Claim Unit,    7555 Goodwin Road,    Chattanooga, TN 37421-3183
518033160      +Cigna,   222 W. Las Colinas Blvd,    Suite 500,   Irving, TX 75039-5664
518033167      +Crown Asset Mangment,    ATTN: Stephen Einstein & Associates P.C.,     39 Broadway Suite 1250,
                New York, NY 10006-3089
518033170      +Holy Name Medical Center,    ATTN: Transcontinental Credit & Collecti,    PO Box 5055,
                White Plains, NY 10602-5055
518033171      +JN PORTFOLIO DEBT EQUITIES, LLC,    ATTN: BANKRUPTCY,    5757 PHANTOM DR. STE 225,
                HAZELWOOD, MO 63042-2429
518033172      +Metropolitan Surgery Center,    ATTN: MNET Financial Inc.,    95 Argonaut,    Ste 200,
                Aliso Viejo, CA 92656-4147
518033173      +Mullooly, Jeffrey, Rooney & Flynn, LLP,    6851 Jericho Turnpike, Suite 220,
                Syosset, NY 11791-4449
518033175      +New Jersey Urology,LLC,    PO Box 95000,   Philadelphia, PA 19195-0001
518033179      +VISA DEPT STORE NATIONAL BANK/MACY’S,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 17 2019 23:56:41      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2019 23:56:37      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +EDI: RMSC.COM May 18 2019 03:28:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,    Norfolk, VA 23541-1021
cr             +EDI: RMSC.COM May 18 2019 03:28:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                POB 41021,   Norfolk, VA 23541-1021
518033151       EDI: HNDA.COM May 18 2019 03:28:00      AMERICAN HONDA FINANCE,    ATTN: BANKRUPTCY,
                PO BOX 168088,    IRVING, TX 75016
518033153       EDI: BANKAMER.COM May 18 2019 03:28:00      BANK OF AMERICA,    ATTN: BANKRUPTCY,    PO BOX 982238,
                EL PASO, TX 79998
518033156      +EDI: CHASE.COM May 18 2019 03:28:00      CHASE CARD SERVICES,    ATTN: BANKRUPTCY,    PO BOX 15298,
                WILMINGTON, DE 19850-5298
518033157      +EDI: CITICORP.COM May 18 2019 03:28:00      CHILDRENS PLACE/CBNA,    PO BOX 6497,
                SIOUX FALLS, SD 57117-6497
518033158      +EDI: CHRYSLER.COM May 18 2019 03:28:00      CHRYSLER FINANCIAL/TD AUTO,    ATTN: BANKRUPTCY,
                PO BOX 9223,   FARMINGTON HILLS, MI 48333-9223
518033164      +EDI: WFNNB.COM May 18 2019 03:28:00      COMENITY BANK/EXPRESS,    ATTN: BANKRUPTCY,
                PO BOX 182125,    COLUMBUS, OH 43218-2125
518033165      +EDI: WFNNB.COM May 18 2019 03:28:00      COMENITY BANK/VICTORIA SECRET,    ATTN: BANKRUPTCY,
                PO BOX 182125,    COLUMBUS, OH 43218-2125
518033168       EDI: RCSDELL.COM May 18 2019 03:28:00      DELL FINANCIAL SERVICES LLC,    ATTN: PRESIDENT/CEO,
                PO BOX 81577,    AUSTIN, TX 78708
518033169      +EDI: DISCOVER.COM May 18 2019 03:28:00      DISCOVER FINANCIAL,    PO BOX 3025,
                NEW ALBANY, OH 43054-3025
518033177      +EDI: RMSC.COM May 18 2019 03:28:00      SYNCHRONY BANK,    ATTN: BANKRUPTCY,    PO BOX 965060,
                ORLANDO, FL 32896-5060
518033176      +EDI: RMSC.COM May 18 2019 03:28:00      SYNCHRONY BANK,    ATTN: BANKRUPTCY DEPT,
                PO BOX 965060,    ORLANDO, FL 32896-5060
518033178      +EDI: RMSC.COM May 18 2019 03:28:00      SYNCHRONY BANK/OLD NAVY,    ATTN: BANKRUPTCY DEPT,
                PO BOX 965060,    ORLANDO, FL 32896-5060
518033558      +EDI: RMSC.COM May 18 2019 03:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518033181       EDI: WFFC.COM May 18 2019 03:28:00      WELLS FARGO/PREFERRED,    ATTN: BANKRUPTCY,    PO BOX 6429,
                GREENVILLE, SC 29606
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518033155*    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BANK OF AMERICA,    ATTN: BANKRUPTCY,    PO BOX 982238,
                EL PASO, TX 79998)
518033174*     +Mullooly, Jeffrey, Rooney & Flynn, LLP,    6851 Jericho Turnpike, Suite 220,
                Syosset, NY 11791-4449
518033180*     +VISA DEPT STORE NATIONAL BANK/MACY’S,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
                                                                                              TOTALS: 0, * 3, ## 0
```

```
District/off: 0312-2           User: admin               Page 2 of 2                   Date Rcvd: May 17, 2019
                               Form ID: 318              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
          John  Sywilok     sywilokattorney@sywilok.com, nj26@ecfcbis.com
          Kevin Gordon McDonald    on behalf of Creditor   AmeriHome Mortgage Company, LLC
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor   TD Auto Finance LLC rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          Russell L. Low    on behalf of Debtor Genaro  Gomez rbear61l@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 5
```